IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRIGG OIL & GAS LIMITED PARTNERSHIP,

    Plaintiff,

v.                                                              No. 22-cv-0220 GBW/SMV

ALPHA ENERGY PARTNERS, LLC, and
SEC 32, LLC,[1]

    Defendants.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     August 2, 2022, at 3:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **August 2, 2022, at 3:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    IT IS SO ORDERED.

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**

---

[1] Plaintiffs voluntarily dismissed SEC 32, LLC, from the case on June 15, 2022. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); [Doc. 8].