IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TRIGG OIL & GAS LIMITED PARTNERSHIP,

    Plaintiff,

v.                                                    No. 22-cv-0220 GBW/SMV

ALPHA ENERGY PARTNERS, LLC, and
SEC 32, LLC,[1]

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

Counsel for Defendant notified the Court by telephone on August 1, 2022, that a settlement has been reached in this matter.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **August 31, 2022,** absent a request for an extension and a showing of good cause.

**IT IS FURTHER ORDERED** that the status conference set for August 2, 2022, at 3:30 p.m. MDT is hereby **VACATED**.

**IT IS SO ORDERED.**

                                                                      **STEPHAN M. VIDMAR**
                                                                      **United States Magistrate Judge**

---

[1] Plaintiffs voluntarily dismissed SEC 32, LLC, from the case on June 15, 2022. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); [Doc. 8].